| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Javier Merino<br>Dann & Merino PC<br>1 Meadowlands Plaza Suite #200<br>East Rutherford, NJ 07073<br>201/355-3440 – Atty. Merino Direct<br>216/452-1034 –BK Dept<br>216/373-0536 – FAX<br>notices@dannlaw.com | |
| In Re:<br><br>Guido James Maurino<br><br>Cynthia Barbara Maurino | Case No.:    16-27070<br><br>Chapter:     13<br><br>Judge:       Kathryn C. Ferguson |

**CERTIFICATION OF DEBTOR'S COUNSEL**
**SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

> **Under D.N.J. LBR 2016-5 this supplemental fee application may contain requests for compensation of $2,000 or less. Requests for compensation over $2,000 must be filed under D.N.J. LBR 2016-1.**

Javier Merino, Esquire, certifies as follows:

1. I represent the debtors in connection with the following proceeding(s) in debtor's chapter 13 case:

## STANDARD FEES

☒ Prosecution of motion on behalf of debtor. $500.00

    Nature of motion:

        ___Objection to Proof of Claim_____

    Hearing date(s):    _____06/14/17_____

        _____

☒ Defense of motion on behalf of debtor (Including filing $400.00

    Objection to Creditor's or Trustee's Certification of Default).

    Nature of motion:

        ____Objection to Debtor's Confirmation of Plan_

    Hearing date(s):    _____06/28/17_____

        _____

☐ Additional court appearance(s). (Not to exceed three). $100.00

    Purpose:  _____

        _____

    Hearing date(s):  _____

        _____

☒ Filing and appearance on a modified Chapter 13 Plan. $300.00

☐ Preparation of Wage Order $100.00

☒ Preparation and filing of Amendments to Schedules D, E, F, G, H $100.00
   or List of Creditors

2

☐ Preparation and filing of other amended schedules $100.00

☐ Preparation and filing of Application for Retention of Professional $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy $100.00

## NON-STANDARD FEES

**Do not combine standard and non-standard fees for the same motion or service.  If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____

_____

_____

_____

_____

Describe non-standard expenses in detail:

_____

_____

_____

_____

_____

_____

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:   $3,500

   To date, I have received:   $1,500

3. I seek compensation for services rendered in the amount of $ $1,300 payable:

   [x] through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☐ This allowance will not impact on plan payments.

   [x] This allowance will impact on plan payments.

   Present plan:   $765.97 Monthly for 6 months, then $936.46 Monthly for 3 months, then $1,918.69 Monthly for 51 months.

   Proposed Plan:   $765.97 Monthly for 6 months, then $936.46 Monthly for 3 months, then $1,918.69 for 1 month, then $1,944.69 Monthly for 50 months.

5. Pursuant to D.N.J. LBR 2016-5(b)(3), I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Date: 07/13/17                               /s/ Javier L. Merino
                                             Signature

*rev. 8/1/15*

4